| AO 10<br>Rev. 1/2010 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2009** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
| --- | --- | --- |

| 1. Person Reporting (last name, first, middle initial)<br><br>Koeltl, John G. | 2. Court or Organization<br><br>U.S.D.C. Southern District-NY | 3. Date of Report<br><br>05/18/2010<br>5/13/10 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>United States Courthouse<br>500 Pearl St. Room 1030<br>New York, New York 10007-1581 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. | |
| 2. GENERAL PARTNER | PELF PARTNERS - REAL ESTATE PARTNERSHIP (PASSIVE) - POSITION TERMINATED AT END OF 2009 UPON LIQUIDATION OF PARTNERSHIP |
| 3. ADJUNCT LAW PROFESSOR | NY UNIVERSITY LAW SCHOOL |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |

DISCLOSURE OFFICE   2009 MAY 13   P 3: 31   RECEIVED

Koeltl, John G.

| Name of Person Reporting | Date of Report |
|---|---|
| Koeltl, John G. | 05/10/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2009 | PELF PARTNERS - BUSINESS INCOME (ESTIMATED - 2009 FINAL K-1 NOT YET AVAILABLE) | $0.00 |
| 2. | 2009 | NEW YORK UNIVERSITY - TEACHING | $20,000.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Lawyers for Civil Justice | May 5, 2009 | Washington, DC | Speaking engagement | Transportation |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Koeltl, John G. | 05/10/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Koeltl, John G. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. JOHNSON & JOHNSON - COMMON | D | Dividend | M | T | Donated (part) | | | | |
| 2. PFIZER INC. - COMMON | C | Dividend | L | T | | | | | |
| 3. ROYAL DUTCH SHELL PLC - COMMON | C | Dividend | L | T | | | | | |
| 4. AMERICAN GROWTH FUND OF AMERICA CL C - MUTUAL FUND | A | Dividend | L | T | Buy (add'l) | 12/23/09 | J | | |
| 5. FEDERATED KAUFMANN FUND CL C - MUTUAL FUND | | None | L | T | | | | | |
| 6. OPPENHEIMER INT'L BOND FUND CL C - MUTUAL FUND | D | Dividend | M | T | Sold (part) | 06/18/09 | L | | |
| 7. OPPENHEIMER VALUE FUND CL C - MUTUAL FUND | A | Dividend | L | T | Sold (part) | 10/26/09 | J | | |
| 8. | | | | | Buy (add'l) | 12/04/09 | J | | |
| 9. OPPENHEIMER DEV. MARKETS FUND CL C - MUTUAL FUND | A | Dividend | M | T | Buy | 06/18/09 | L | | |
| 10. MERRILL LYNCH CMA MONEY FUND - N.Y.,N.Y. | A | Dividend | K | T | Buy (add'l) | 12/31/09 | J | | Net Increase To MM Fund |
| 11. N.Y. STATE DORM. AUTH. 5.3% MANHATTANVILLE BOND DUE 7/1/09 | B | Interest | | | Redeemed | 07/01/09 | K | A | |
| 12. TRIBOR. BRIDGE & TUNNEL BOND 6.625% DUE 1/01/12 | B | Interest | | | Sold | 03/12/09 | K | B | |
| 13. TRIBOR. BRIDGE & TUNNEL BOND 5.5% DUE 1/1/17 | A | Interest | | | Sold | 03/17/09 | K | C | |
| 14. N.Y STATE SER G BOND 5% DUE 08/01/15 | A | Interest | | | Redeemed | 11/16/09 | K | A | |
| 15. N.Y. STATE TRANS BOND 5% DUE 05/01/16 | A | Interest | | | Redeemed | 05/04/09 | K | A | |
| 16. N.Y. STATE SER C BOND 5% DUE 08/15/17 | B | Interest | | | Redeemed (part) | 08/17/09 | K | A | |
| 17. | | | | | Redeemed | 11/16/09 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Koeltl, John G. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. N.Y. STATE MTG AGY BOND SER 80 5.10% DUE 10/01/17 | C | Interest | L | T | | | | | |
| 19. NY NY TRANS FIN ATRV FUT B BOND 4.75% DUE 11/15/23 | B | Interest | J | T | Redeemed (part) | 09/28/09 | K | | |
| 20. TRIBOR. BRIDGE & TUNNEL BOND 5.25% DUE 01/01/28 | B | Interest | | | Sold | 03/13/09 | L | D | |
| 21. N.Y. STATE URBAN DEV BOND 5.25% DUE 01/01/15 | A | Interest | | | Redeemed | 01/02/09 | K | A | |
| 22. N.Y. STATE ENGY RESH BOND 5.5% DUE 01/01/21 | C | Interest | L | T | | | | | |
| 23. N.Y. STATE MTG ACGY REV BOND 5.05% DUE 10/01/17 | C | Interest | L | T | | | | | |
| 24. NY NY CY TRANSITNL BOND 5% DUE 05/01/25 | B | Interest | K | T | | | | | |
| 25. N.Y. STATE SER H BOND 5.125% DUE 08/01/25 | B | Interest | J | T | Redeemed (part) | 11/16/09 | K | | |
| 26. NY NY TRANSITNL AT BOND 5% DUE 05/01/26 | A | Interest | J | T | Redeemed (part) | 09/28/09 | J | A | |
| 27. N.Y. CITY MUN WFA BOND 5% DUE 06/15/27 | B | Interest | | | Redeemed | 12/15/09 | L | B | |
| 28. N.Y. CITY MUN WTR BOND 5% DUE 06/15/29 | C | Interest | L | T | | | | | |
| 29. NY CITY IDA BOND 5% DUE 06/01/22 | C | Interest | | | Sold | 07/31/09 | L | | |
| 30. NEW YORK NY TCRS BOND 5% DUE 03/15/29 | B | Interest | J | T | Redeemed (part) | 11/16/09 | K | A | |
| 31. NY CITY CY TRANS BOND 5% DUE 05/01/31 | B | Interest | K | T | Sold (part) | 01/22/09 | J | A | |
| 32. N.Y STATE SER C BOND 4.4% DUE 04/15/21 | B | Interest | K | T | | | | | |
| 33. N.Y. STATE NY SER F BOND 5.3% DUE 01/15/26 | B | Interest | K | T | Sold (part) | 01/22/09 | K | C | |
| 34. N.Y. STATE DORM. AUTH. 4.75% REV ST JOHNS BOND DUE 07/01/28 | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Koeltl, John G. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. TRIBOR. BRIDGE & TUNNEL BOND 5% DUE 11/15/32 | B | Interest | L | T | | | | | |
| 36. NY NY TRANSITNL FIN AUTH BOND 4.75% DUE 05/01/23 | C | Interest | K | T | Redeemed (part) | 05/04/09 | J | | |
| 37. | | | | | Redeemed (part) | 09/28/09 | K | | |
| 38. NY NY CY TRANSTNL FIN ATRV BOND 5% DUE 02/01/33 | B | Interest | L | T | | | | | |
| 39. SUFFOLK CTY BOND 4.125% DUE 11/01/21 | B | Interest | L | T | | | | | |
| 40. DUTCHESS CTY BOND 4.5% DUE 08/01/26 | B | Interest | K | T | | | | | |
| 41. ST. LAWRENCE CTY BOND 4.25% DUE 05/15/28 | B | Interest | K | T | | | | | |
| 42. NEW YORK ST LCL GOVT BOND 4% DUE 04/01/21 | B | Interest | | | Sold | 07/30/09 | K | B | |
| 43. NEW YORK NY SUBSER SER I-1 4.125% DUE 02/01/23 | C | Interest | L | T | | | | | |
| 44. NY ST DORM AT RV ST BOND 5% DUE 02/15/24 | B | Interest | L | T | | | | | |
| 45. EAST HAMPTON NY BOND 4% DUE 06/15/25 | B | Interest | K | T | | | | | |
| 46. NY ST DORM AT RV ST BOND 5% DUE 02/15/27 | B | Interest | L | T | | | | | |
| 47. NEW YORK ST URBAN DEV BOND 4.25% DUE 03/15/27 | B | Interest | L | T | | | | | |
| 48. NEW YORK ST HFA PERS INC BOND 5% DUE 09/15/30 | B | Interest | K | T | | | | | |
| 49. NEW YORK NY SUBSER SER C-1 BOND 4.5% DUE 10/01/23 | A | Interest | K | T | Buy | 04/27/09 | K | | |
| 50. N.Y. STATE DORM. AUTH. REV MEM SLOAN BOND 5% DUE 07/01/26 | A | Interest | K | T | Buy | 01/22/09 | K | | |
| 51. TRIBOR. BRIDGE & TUNNEL BOND 4.75% DUE 11/15/30 | B | Interest | L | T | Buy | 03/13/09 | K | | |

1. Income Gain Codes:        A =$1,000 or less        B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
(See Columns B1 and D4)      F =$50,001 - $100,000      G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes               J =$15,000 or less        K =$15,001 - $50,000       L =$50,001 - $100,000       M =$100,001 - $250,000
(See Columns C1 and D3)       N =$250,001 - $500,000     O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                             P3 =$25,000,001 - $50,000,000                          P4 =More than $50,000,000
3. Value Method Codes         O =Appraisal              R =Cost (Real Estate Only)   S =Assessment               T =Cash Market
(See Column C2)               U =Book Value             V =Other                    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Koeltl, John G. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. NEW YORK NY SUBSER J-1 BOND 5% DUE 05/15/31 | A | Interest | L | T | Buy | 06/24/09 | L | | |
| 53. TRIBOR. BRIDGE & TUNNEL BOND 5% DUE 11/15/32 | B | Interest | K | T | Buy | 01/08/09 | K | | |
| 54. N.Y. CITY MUN WTR BOND 5% DUE 06/15/34 | B | Interest | L | T | Buy | 03/12/09 | L | | |
| 55. N.Y. CITY MUN WTR BOND 4.75% DUE 06/15/36 | A | Interest | L | T | Buy | 09/21/09 | L | | |
| 56. N.Y. CITY MUN WTR BOND 4.75% DUE 06/15/37 | B | Interest | L | T | Buy | 07/30/09 | L | | |
| 57. TRIBOR. BRIDGE & TUNNEL BOND 5% DUE 11/15/37 | A | Interest | L | T | Buy | 07/30/09 | L | | |
| 58. N.Y. CITY MUN WTR BOND 5% DUE 06/15/38 | A | Interest | L | T | Buy | 09/08/09 | L | | |
| 59. N.Y. STATE HSG FIN AGY BOND 4.9% DUE 11/01/38 | | None | K | T | Buy | 11/02/09 | L | | |
| 60. N.Y. CITY MUN ATR BOND 4.5% DUE 06/15/39 | | None | L | T | Buy | 12/09/09 | L | | |
| 61. CITIBANK CHECKING ACCOUNT - N.Y.,N.Y. | | None | J | T | | | | | |
| 62. MERRILL LYNCH (IRA ACCOUNT) - AMERICAN CAPITAL G&I FUND CL C | A | Dividend | J | T | | | | | |
| 63. MERRILL LYNCH (IRA ROLLOVER) - ML BANK CASH ACCOUNT | C | Interest | M | T | | | | | |
| 64. MERRILL LYNCH (IRA ROLLOVER) - AIM INT'L FUND | B | Dividend | M | T | | | | | |
| 65. MERRILL LYNCH (IRA ROLLOVER) - ALGER CAP. APPREC. FUND CL A | | None | L | T | | | | | |
| 66. MERRILL LYNCH (IRA ROLLOVER) - DAVIS NY VENTURE FUND CL A | | None | | | Sold | 03/17/09 | L | | |
| 67. MERRILL LYNCH (IRA ROLLOVER) - PUTNAM INT'L CAP OPP FUND CLA | A | Dividend | M | T | Buy (add'l) | 12/28/09 | J | | |
| 68. MERRILL LYNCH(IRA ROLLOVER)-AMER. CAP INC BUILDER FUND CL B | | None | | | Sold | 01/13/09 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Koeltl, John G. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ N●NE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. MERRILL LYNCH(IRA ROLLOVER)-AMER. CAP INC BLDR FUND CL A | D | Dividend | M | T | Buy (add'l) | ●1/13/09 | K | | |
| 70. MERRILL LYNCH (IRA ROLLOVER) - MFS VALUE FUND CL C | A | Dividend | L | T | | | | | |
| 71. MERRILL LYNCH (IRA ROLLOVER) - AMER. GWTH FUND OF AMER CL C | A | Dividend | L | T | Buy (add'l) | 12/23/09 | J | | |
| 72. MERRILL LYNCH (IRA ROLLOVER) - FED. KAUFMANN FUND CL C | | None | L | T | | | | | |
| 73. MERRILL LYNCH (IRA ROLLOVER) - OPPENHEIMER SELECT VALUE FUND | A | Dividend | L | T | Buy (add'l) | 12/15/09 | J | | |
| 74. MERRILL LYNCH (IRA ROLLOVER) - OPPENHEIMER VALUE FUND CL C | A | Dividend | M | T | Buy (add'l) | 12/04/09 | J | | |
| 75. MERRILL LYNCH(IRA ROLLOVER)- CD WILMINGTON TRUST CO 2.5% | A | Interest | | | Redeemed | 01/08/09 | K | | |
| 76. MERRILL LYNCH(IRA ROLLOVER)- MAINSTAY LARGE CAP FUND CL C | | None | L | T | | | | | |
| 77. MERRILL LYNCH(IRA ROLLOVER)- ALGER CAP APPREC FUND CL C | | None | L | T | Buy (add'l) | 08/25/09 | K | | |
| 78. MERRILL LYNCH(IRA ROLLOVER)- LOOMIS SAYLES INV BOND FD CL C | D | Dividend | M | T | Buy | 03/17/09 | M | | |
| 79. MERRILL LYNCH(IRA ROLLOVER)- PIMCO COMM RR STRATEGY FD CL C | C | Dividend | L | T | Buy | 06/22/09 | K | | |
| 80. PELF PARTNERS - GENERAL PARTNERSHIP INTEREST | | None | | | Sold | 12/31/09 | K | E | INVESTMENT - LIQUIDATED |
| 81. US TREASURY DIRECT - US TREASURY NOTES | A | Interest | J | T | | | | | SEE PART VIII COMMENT |
| 82. HSBC BANK - MONEY MARKET ACCTS. - BUFFALO,N.Y. (X) | A | Interest | J | T | | | | | SEE PART VIII COMMENT |
| 83. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

PART VII - COMMENTS

1) INVESTMENTS REPORTED ON LINES 81 AND 82 RELATE TO A TREASURY NOTE ACCOUNT AND A CASH ACCOUNT HELD AT A BANK ON WHICH I AM NAMED CO-OWNNER WITH ▨▨▨, AS A CONVENIENCE TO HER. THE ACCOUNTS WERE FUNDED COMPLETELY BY ▨▨ ▨▨▨ AND ALL EARNINGS ON THESE ACCOUNTS ARE REPORTED BY HER. DUE TO MY LISTED ▨▨ OWNERSHIP I AM REPORTING THE ACCOUNTS AND INCOME AT THE TOTAL VALUE. THE TREASURY NOTE ACCOUNT (LINE 81 ON 2009 REPORT) WAS LISTED ON THE PRIOR YEARS REPORT (LINE 84 ON 2008 REPORT) AS BEING REDEEMED IN FULL DURING 2008 AND NO YEAR END VALUE WAS LISTED IN COLUMN "C". THE TREASURY ACCOUNT DID IN FACT STILL HOLD SOME TREASURY NOTES AT THE END OF 2008 AND A VALUE CODE OF "J" SHOULD HAVE BEEN LISTED ON THE 2008 REPORT UNDER COLUMN C (1). THE REMAINING CASH ACCOUNT (LINE 82 ON THE 2009 REPORT) WAS DENOTED WITH PARENTHETICAL (Y) ON THE 2008 REPORT AS THE ACCOUNT HAD FALLEN BELOW THE REPORTING THRESHOLD AMOUNTS FOR 2008. CORRESPONDINGLY, NO YEAR END VALUE WAS LISTED IN COLUMN "C" OF THE 2008 REPORT (LINE 86 ON 2008 REPORT). DURING 2009, THIS ▨▨ CASH ACCOUNT HAS EXCEEDED THE MINIMUM REPORTING THRESHOLDS AND THE CORRESPONDING VALUE HAS BEEN REPORTED IN COLUMN "C" OF THE 2009 REPORT. THE ACCOUNT HAS BEEN DENOTED WITH A PARENTHETICAL (X).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signa

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FAL... ...UBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544